# EXHIBIT A

My actions have negatively affected many people in my life, in the community in which I live, and also in many other people's lives and for this I am extremely ashamed of my decisions. I am very sorry for the immediate burden I have placed on my ~~husband, Jerrad, and~~ family, especially my husband, Jerrad, and our five year old daughter, Abigail. Even though I never had any inappropriate communication with a minor, I understand that even viewing these kinds of images leads to the victimization of children with the production of these images and for this I feel absolutely awful. My consequence of no longer being able to work in a career as a special education teacher helping a population of people who are often forgotten and having to start over by finding a new career that I have the passion for as I had as a teacher makes me realize the importance of always focusing on my personal mental health so that I can live as the most authentic, loving version of myself. With all of this in mind, I will continue to seek assistance from a mental health counselor to address those needs in my life, as well as utilize my large, supportive family to continue to heal and begin to piece my life back together. Finally, I regret my decisions and have personally worked very hard to get to the root of why this happened, so I can lead a very healthy, happy, and successful life ~~and going~~ and going forward

be the best possible person, husband, and father that I can be.

## What I have done to better myself since April 2020

- I sought out of my own decision to find Carrie Rich who has a background in counseling people with sexual issues caused by trauma. I saw her initially twice a week starting in May of 2020 and at her urging continued to reduce the number of sessions and give more time between ~~sessions~~ sessions. I saw her until being incarcerated in Oct 2023

- While in ~~Cattaraug~~ Cattaraugus County Jail, I sought out on my own to seek counselling once a week here with Tracie McClelland to continue the progress I was making with Corrie Rich.

- I have begun taking anti depressants in Oct 2020 which have aided in allowing me to regulate my emotions and ability to process + cope with trauma/problems in my life.

- I have deepened my Catholic faith as another positive coping skill to handle situations in a positive manner.

- I have continued to read and learn about positive ways to process emotions.

- I admitted to myself and Jerrod that I was struggling, sought out my own rehabilitation, made sure to live the almost 3 1/2 years before charges were filed against me with no other legal troubles, following

all laws, not engaging in anything illegal in
terms of pornography, living a healthy lifestyle,
working as a teacher in a capacity to help
students who were struggling and raising a
daughter with my husband who is thriving.

# EXHIBIT B

## What I have learned since April 2020

- It is alright to express your emotions and not repress them
- It is healthy to ask for help and not bottle up problems
- Attending regular counseling sessions allow me to gain new insights in how to handle life's situations and how to deal with all the different relationships in my life
- How to be open and have better communication with my husband, family members, and friends.
- Found many positive coping skills that assist me in correctly and in a healthy manner process problems & stress in my life.
- I am allowed to be myself and be authentic. I don't have to live on fear to be gay or be afraid of who I am.
- I don't have to fear judgement and have learned not to worry what other think of me as long as I am living a healthy, positive life.
- I need to take care of myself in terms of my mental health, physical health and spiritual health before I can be a "helper" to all my friends and family.

1b

- I was living a life of pornography addiction to cover up all my emotions and feelings of not being good enough and any problems in my life.
- I am not attracted to children in any way and am not a pedophile. The results of my addiction lead me down an awful path which I regret.
- I am allowed to be angry at myself for my poor decisions that have lead me to this point, but I need to learn from this experience and make sure my life after this is healthy and positive knowing I have learned from this.
- I know that I am a good person and a positive role model to my daughter to who I can teach her to better herself from my mistakes & poor decisions in life.
- I know you are allowed to make mistakes in life as long as you acknowledge them and learn from them.
- I over stressed myself trying to be perfect that it did the opposite by leading me to make poor decisions.
- I poured all my effort into helping my students overcome their problems/deficiets that I never took care of my own.

2.

- I am allowed to enjoy hobbies that others don't like without fear of judgement
- I don't have to strive for the approval of my family as long as I am doing what I know is right.
- I can lead a life free of addiction to pornography by using the coping skills learned through counseling and reading self help sources and that I have my husband, family, and friends that are all aware of my past struggles who are here for me to turn to so I never need that negative coping again.
- I actually finally love the person I am and should never be ashamed of who I am.
- I don't have to be perfect and can learn and better myself from the choices and decisions I have made that have not been perfect.

# EXHIBIT C

U.S. V. Anthony V. Giambrone ,23-CR-78-RLA                    July 29,2024

Dear Judge Arcara,

My name is Victor Giambrone, I am Anthony's Father. I am submitting a letter on behalf of Anthony. Anthony is the oldest of three children. From the day, Anthony was born he was very easy to raise. My wife Barb (who passed away Aug.23 2009) & I always said, if all children were like Anthony we would have ten kids.  Anthony was raised in an Italian Catholic family. Morals & Kindness to others were the rule of the house.

   As, Anthony was growing up, he always went by the rules of Life. Straight as a arrow. Well behaved at home, School & out in society.   Anthony, being the oldest of three children also taught is Brother Peter & Sister Christina to follow the same Family rules that were taught to him by his parents & family. Anthony loved his family including Both grandparents, Aunts, Uncles & Cousins.  Most important the feeling was the same toward him from family members. My parents lived in Oakfield, NY, where my brother & sister live too. We would all meet there at least once a week to have dinner. The kids would play all day. Anthony was always surround by family that loved him. The same was true on my wife Barb's side of the family. We would go to Holley, NY to visit her parent & meet with his cousins there. Barb also had a brother in Washington D.C.  Bob & Karen. They have three children. We would go there once a year to visit & my kids would play with their cousins there too.  They would come up to New York state in the summer twice a year to visit too.  As you can see Anthony was surrounded by love of his family & he loved them too. Anthony is a very compassionate & very caring person to others. Anthony never put himself first; Anthony would always put others first.

   Religion is very important to our family & all Grandparents, Uncles, Aunts & cousins. We would go to church every week as a family. Our family would volunteer for all the church events, including Anthony. The kids would volunteer on their own. We never demanded it. Anthony became a alter servicer when he was in fourth grade and continued until his senior year in high school. Anthony was the model for his brother, Peter & sister Christina who also serve mass in church.

   Anthony is & always was a hard worker. At a young age, he always helped around the house, inside or outside with me.  Anthony was a Cub Scout for many years & worked hard for many badges Very Goal oriented!  Anthony first job was delivering newspaper in the neighborhood. He was 14 at the time. Other paper carrier was dropping their routes & Anthony would pick up their paper route. He was up to over 90 paper to deliver every day after school & on Saturday, starting out with only 23 papers. I told him they all had to be done by 7:00, on Saturday, so when customers woke up, their paper was there. With over 90 papers he hired his brother Peter to help out who was younger. When Anthony got older and got another job washing dishes at a local pizzeria after school at the age of 15. Yes, Barb & I would have to drive him back & forward to work, since he did not have a driver's license. His brother Peter & sister Christina took over the paper route. They did a really great job too, because of Anthony's teaching. When Anthony wrote letters to all his paper customers, they were so sad he was leaving. Other paper carriers would not believe how much Anthony got in tips compare to them.

Anthony worked at the pizzeria washing dishes until his junior year after school. & then went to Pizza Hut to become a server in Batavia. After High School graduation Anthony went to Niagara University. When there he applied at the local Pizza Hut as a waiter & got it.   Anthony also was working on campus to earn money. Who goes to college full time & has two jobs? With the two jobs Anthony, still was a A grade student.

Anthony school life is very impressive. From Kindergarten to his senior year, Anthony never got in trouble. As a young student Anthony always strived to get the best grades.  Anthony was always at the top of his class when it came to grades. From elementary school up to high school. Anthony had many friends he would hang with; these are really good friends. He did not have to be "The Cool Kid". All his teacher loved Anthony! Even today after hearing what he did, they love him. Yes, they were shocked because he was "The Good Kid" all his years in school. Some wanted to write a letter too, but were afraid to jeopardize their job. Two of the high school teachers wanted you to know that he a good guy & please help him. Anthony played violin from elementary school to high school. Anthony was also in school chorus.  Anthony would join many school clubs having to do with classes he took. Anthony was always busy.  Anthony went to Niagara college to get a degree in education. Did very well, again "A" student. Magna Cum Laude. He worked in the drama group while at Nagara college. All of Anthony's years of education he was Highly respected by friends & teachers.  This is the perfect child. Anthony again led the path for his brother & sister to follow & they did.

Anthony's second year at Niagara University, Anthony came home one weekend to talk to Barb & myself. This is when he told us that he was gay. We were not totally surprise, but still shocked. We both hugged him & said, we just want you happy.  Anthony did find his happiness when he met his present husband, Jerrod Baldwin. Jerrod is a really good husband & father.  What does every parent want for their child," that they find someone they love & spend the rest on their life with". Anthony & Jerrod are that couple. Then came their daughter, Abby. Wow, she is the sunshine of my life! Anthony & Jerrod are awesome parents & love this little girl so much. They are model parents. Abby has great love for both them too. What did they tell Abby about Anthony going away to jail. Daddy is in Time Out for being bad. I felt this was a great idea those two came up with.

MY ROCK

August 23,209, we lost my wife Barb to cancer. After four and half years of fighting cancer she was gone from us. 28 beautiful years of marriage Barb was gone. My life was gone. During my whole life with Anthony, he was always by my side. Working with me around the house, shopping, what ever he was there to enjoy. I leaned on Anthony my whole life to be the example for his brother & sister.  When I went on business trips, I would always talk to him to remind him of his responsibilities, Anthony never let me down.  After Barb dead, I had to focus on my children more than ever. They lost their Mother! Anthony was in West Seneca teaching there & living in an apartment there. He came home every weekend & sometimes during the week to be with us. Anthony & I would talk a lot during the week over the phone. He would always check on me & his siblings. Anthony would call his sister Christina at college to check on her. They had many long talks. Anthony would calm me down most of the time. With the help of Anthony, we all became closer & stronger. Even up to the day Anthony went to jail, he was

worried about us, his husband & child, Not him! The one thing that bothers Anthony is my father always told us kids & we passed on to our kids "Do not disgrace your Name or Your Country".
Anthony, feel he let everyone down & mostly Papa, his grandfather. After talking to him – for the first time in his life "he feels like he let himself down" This has never happened before in his life. He is Still My Rock!!!!

   Do I feel Anthony is sorry for what he did, Yes! We talk about this all the time. He knows he did terrible thing & want to fix it. How do you fix it? You fix Anthony. Anthony has been working with counselors from day one, when he first got caught four years ago. Now in jail, he continues with counselors & got even got closer to God more than ever. Talking with pastor at the jail constantly.   When Anthony does get release from jail, we all know about his feelings now & ALL OF THE FAMILY & FRIENDS ARE GOING TO SUPPORT HIM & HELP HIM RECOVER. HE WILL BE WATCHED AT ALL TIME BY THE ONES THAT LOVE HIM. Anthony will have a rough road once released from jail. Society always welcomed him with open arms because of his kindness, his warm heart & the way he volunteered. It will be harder now, but like the real Anthony he will conquer this too with honors, like he has always done in the past. Giambrone Tough.
Please take all of this in consideration when deciding Anthony's sentence. He should be punished, but I do believe Anthony will contribute back to society in a positive way like he did before once he is released. Family & friends will GUARNTEE THIS WITH THE HELP OF GOD.

Thank You

Victor Giambrone

# EXHIBIT D

From:
Christina Sobieski


August 15, 2024

To:
Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: U.S. v. Anthony V. Giambrone, 23-CR- 78-RJA

Dear Judge Arcaca,

    My name is Christina Sobieski and I am Anthony Giambrone's sister. Anthony and I come from a very close-knit family, and have always been very close since the day I was born. Anthony has always been and continues to be a very supportive and caring older brother to me. Anthony was always there supporting me and helping me with my medical needs as a baby, into my childhood, and even medical issues I am dealing with today. He has always been a phone call away or a short drive away to help me if needed. Anthony and I love to carry on family traditions together such as making Christmas cookies that our mom made, carrying on the tradition of making Easter Cheese pies together like our grandmother did and making elaborate birthday cakes for our immediate family members. Anthony has loved passing these traditions on to his young daughter, Abigail, or Abby, for short. Recently, Anthony and I have started a few traditions of our own such as going apple picking in the fall with his husband, daughter and my husband. We also started going to a u-pick flower stand to pick flowers together and have recently added his daughter too. Anthony enjoys having his family around him. He is very close to all members of his family and is always willing to go help them when they are in need, which is all the more impressive when considering the size of our extended family, and how busy everyone can be nowadays.

    Anthony has brought his willingness to help others into his career too. Anthony was a dedicated and passionate special education math teacher. He always would go above and beyond to help so many of his students over the years to believe in themselves and that they can overcome anything. He has helped many students who were on the path of not passing regents exams and he was able to help his students learn the material in a fun and useful manner; the students were then able to apply this information to the exam, but also in real life.  I worked in the same summer school program as Anthony during summer for a few years. He was tremendous working with high school special education students, who were in a vocational program which is a different role than he had during the school year. He was so patient with the students and always had such a positive outlook for what was to come of their future. He enjoyed going out to job sites with the students and helping them learn important skills for a future career

and he loved cooking every Friday to help his students learn important life skills they would need not only now, but also after they graduated and into their adult life.

Anthony always puts other people first and is always the first one there to check on you or to help you. In the last few years, Anthony has realized he needed to take care of himself and his family too. More importantly, Anthony has shown remorse for his transgressions. Anthony has been going to counseling to work on improving himself and understanding where these transgressions stemmed from, but also to help his future with his husband and young daughter Abby.

Thank you for taking the time to read this letter to learn about Anthony V. Giambrone, and I hope that you use information from this letter in consideration at the time of sentencing. Anthony is a wonderful and positive person, and everyone in my family misses him dearly. If you have any questions or need more information please call me at 585-813-1794.

Sincerely,

Christina Sobieski

# EXHIBIT E

Lindsay Adornetto

August 23, 2024

Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

re: U.S. v. Anthony V. Giambrone, 23-CR-78-RJA

Dear Judge Arcara,
I am writing this letter on behalf of my step-brother, Anthony V. Giambrone. My name is Lindsay Adornetto, and I hold a bachelor's degree in communications from Canisius College. I am currently employed in fundraising for a local Catholic charity. I have known Anthony for approximately 15 years, as we met through our parents' marriage. Anthony has always been warm, friendly, and fun to be around. Over the years, we have developed a close friendship and have shared many family dinners, vacations, and holidays together.

One of our strongest connections is our shared love of theater. After our parents met, Anthony cast me as a performer in a musical he directed at a theater in Batavia, NY. Despite not being involved in theater for years after college, I am grateful for Anthony's thoughtfulness and encouragement in involving me in this hobby outside of work.

Likewise, I have observed that Anthony values his family and maintains close relationships with his father, sister, brother, grandparents, and cousins. He is a creative person who is actively involved in local theater productions and spends time with friends, in addition to his job as a teacher. I have faith and hope that Anthony's conduct will improve in the future. I believe the court should consider this when imposing a sentence upon Anthony. Thank you for your consideration.

Respectfully yours,

Lindsay Adornetto

# EXHIBIT F

Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: U.S. v. Anthony V. Giambrone, 23-CR-78-RJA

Dear Judge Arcara:

My name is Maria Adornetto and I am submitting a letter on behalf of Anthony V. Giambrone. I am married to Anthony's father Victor Giambrone. We married 10 years ago and dated for 3 years prior. I have known Anthony for 13 years now.

He has warmly welcomed both me and my 2 daughters into the family when we met. My family has spent many enjoyable holidays, vacations and get-togethers with Anthony over the years. We have shared summer cookouts, Halloween pumpkin carving, and many family birthdays. He has always been a gentleman around my family.

Anthony has been very active in theatre since before we met. My daughter Lindsay Adornetto has also acted in one of Anthonys plays. He is very prominent in the Buffalo and Batavia theatre groups. He is respected and well liked and has gained many friends within the theatre community.

Anthony has always been respectful and positive around myself, my daughters, and my other family members. He is a congenial and warm fun-loving person that will help with anything you may need. Anthony and his siblings along with my children were members of our wedding party.

He is a devoted son, husband, and father to his daughter Abby. Anthony is remorseful and looking forward to having his family together again. My husband and I, along with other family members and friends will continue to support Anthony and his immediate family upon his release. I have confidence that Anthony will succeed and contribute to society once he is released.

Respectfully yours,

Maria Adornetto

# EXHIBIT G

Teressa M Hirsch

August 20,2024

Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: U.S v. Anthony V. Giambrone, 23-CR-78-RJA

Dear Judge Arcara,

Thank you for taking a moment to read this letter. This is in reference to a character statement for Anthony Giambrone.

I have known Anthony for approximately 15 years now. Although we went to the same University and had mutual friends, our paths never crossed until after graduation when we were both part of the Shakespeare play: Richard III. From there our friendship began. We discovered that, not only did we go to the same University, but also grew up in the towns next to each other. Our circle was smaller than we knew.

As we were both so young, early 20s, we were still growing up and learning how to traverse through life. Both of us were still dating people that were all wrong for us, still discovering ourselves and what that meant. We witnessed all the mistakes that you make as a 20 something. He was the first person that found out I was pregnant with my son, and I was the first person in our group to see the engagement ring he got for his partner. I later even sung at this wedding.

Years after their wedding, they both approached me and asked me if I would be their surrogate. I happily agreed! This was a 2-year process. All of us went through therapy sessions, together and separate, to make sure that we were all mentally at the same place. He wanted to ensure my mental health with all that came with carrying a child that would then be given to someone else to raise. The pregnancy was a breeze, the birth was complicated, and sure enough the post-partum was rough. But never once did I doubt my decision and Anthony often checked in with me to make sure that I was healing both physically and mentally.

I feel that Anthony has always known his faults and continued to work on them. Seeking professional help with his mental health, looking at ways he could grow. He has acknowledged his mistakes and then grown from them as a human.

I have never once felt unsafe or uncomfortable around him, nor has my son. Anthony has always been a safe haven for us. Someone to talk with about life, someone to help my son with the tricky math problems that I couldn't. I do believe that he will learn from this experience and will grow in a positive way. Even after all that has happened, I still love and trust Anthony. I trust him to be able to move forward. I hope that he will get to see his daughter grow into the amazing human that I know she will be.

Thank you for taking your time and care in reading this statement. I truly hope that this will help you know Anthony as a person and make a difference in your sentencing.

Respectfully,
Teressa M Hirsch

# EXHIBIT H

224 East Avenue
Batavia, NY 14020
August 12, 2024

Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

re: U.S. v. Anthony V. Giambrone, 23-CR-78-RJA

Dear Judge Arcara:

This letter is on behalf of Anthony Giambrone. I am a retired special education teacher. I have known Anthony since the late 1990s. He is a long-time friend of one of my children and was part of a group of teenagers who were involved in theater together and came to my house to socialize and watch movies with my daughter. Anthony's friendship with her continued through adulthood, and I have seen and talked with him over the years.

Reports from his peers indicate that in the past he has been a responsible person. I have observed him to be a kind, thoughtful person. For example, he was very helpful and generous with his time setting up when my daughter was preparing for her wedding on a limited budget. He located much needed baby items for my daughter when she was unable to shop during the pandemic. He also been very generous in sharing his time and talent to support local community theater as reported in the local paper.

I never saw any indication that Anthony would engage in illegal behavior. He seemed earnest about his academic work and his teaching of students with emotional and behavioral difficulties that he did as part of a loan forgiveness program that funded his graduate work. He also seemed satisfied with his present teaching position. As a parent, he appeared to take seriously the responsibilities of raising a young child and appeared proud of his daughter.

Neither I nor my daughter have spoken with Anthony since his arrest and cannot assure the Court that similar behavior will not occur in the future. However, reports from family indicate that he is very remorseful regarding his crimes and is receiving counseling. I think that his lack of contact with my daughter is an indication of shame for his behavior.

What I can say is that I know that Anthony is a very kind, intelligent young man and has the capacity to learn from his present situation. I firmly think that he is the type of person to benefit from counseling. He has strong family ties, and I know his father fairly well. The support from his family should also assist him to change his behaviors.

Respectfully yours,

Rebecca Oshlag, Ph. D.

# EXHIBIT I

Amy Martin

July 23, 2024

Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: U.S. v. Anthony V. Giambrone, 23-CR-78-RJA

Dear Judge Arcara,

I am writing this letter on behalf of my friend, Anthony V. Giambrone, whom I have known since we performed together in the production of "Rent" at Batavia Players in 2011. My name is Amy Martin, and I am a call center manager living in Greer, SC. Over the years, Anthony and I have developed a strong friendship, and working relationship through theater, and I would like to share some insights about his character.

From the time we first met, Anthony has always been a person with a positive attitude, an open ear, and an amazing sense of humor. His enthusiasm for theater and life was infectious, and he quickly became a cherished friend. We worked on several shows together through the years, spending countless hours backstage and after rehearsals. It was during these times that I truly got to know Anthony's kind and supportive nature.

One of the most memorable moments in our friendship was when Anthony and his partner, Jerrod, asked me to officiate their wedding. It was a beautiful celebration of two people deeply in love, and I was honored to be a part of it. This speaks to Anthony's ability to form meaningful and lasting relationships.

When Anthony and Jerrod were looking to grow their family, many of his friends and family, myself included, helped get the word out that they were looking for a surrogate. We all believed they would be amazing parents. For a while, I even considered being their surrogate. When Teressa Hirsch, another mutual friend, decided to be their surrogate, our friend community fully supported her selfless decision and gift. This further shows how we all feel about Anthony's character and the kind of father he aspired to be.

Although our contact has lessened since I moved out of New York and the onset of the COVID-19 pandemic, we have maintained our friendship through social media and

occasional visits. The last time we met was at our mutual friend Joe's wedding, where my husband and I had the opportunity to catch up with Anthony and Jerrod. Anthony remained the same caring and warm person I have always known.

I am aware of the serious nature of the charges against Anthony, and I do not seek to minimize the gravity of the situation. However, I firmly believe that Anthony acknowledges his responsibility and regrets his actions deeply. Throughout our friendship, he has demonstrated a commitment to personal growth and self-reflection. I am confident that he will take this opportunity to learn from his mistakes and ensure that such conduct does not occur again in the future.

I also want to emphasize the strong support system that Anthony will have once he serves his time. I know that I will be there to ensure Anthony never feels the need to allow his addiction to take over his life again. He knows now that he will have a friend in me, free of judgment, to confide in and to help him going forward. Anthony has been in treatment for four years and understands the wrongness of his actions. He has learned how to manage his addiction and emotions, which will be crucial in his path to rehabilitation.

Finally, I respectfully ask the Court to consider imposing as short a sentence as possible. This would allow Anthony the opportunity to rebuild his life and not miss out on the most important years of his daughter Abby's life. Being present for Abby during her formative years is vital, and I believe that with the right support, Anthony can reintegrate into society and be a positive influence in her life.

In closing, I want to stress that Anthony is a person who has positively impacted the lives of those around him, including myself. While his current circumstances are challenging, I believe in his capacity for rehabilitation and redemption. I hope that the Court will consider the positive aspects of Anthony's character as it deliberates on his sentencing.

Respectfully yours,


Amy Martin

EXHIBIT J

Gina M. Gerber, Esquire

July 12, 2024

Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

      re: U.S. v. Anthony V. Giambrone, 23-CR-78-RJA

Dear Judge Arcara:

      This correspondence is submitted on behalf of Anthony Giambrone. My name is Gina Gerber and I am a wife, mother, attorney and fellow Villanova University School of Law alumnus, residing in southeastern Pennsylvania. I am also Anthony Giambrone's first cousin, only six months his junior. I practice law in the area of Land Use and Zoning and I do not envy the duty you have been tasked with performing. I hope you will consider my thoughts and insights below prior to sentencing him for his crime, as I've known Anthony for all 40 years of my time on this earth.

      The crime for which Anthony has plead guilty is disgusting and immoral, but there is more to Anthony than this crime. This entire man cannot be defined by the crime to which he has plead guilty. I know his heart and I am convinced that he truly regrets the actions and decisions that lead to his criminal charges and ultimate guilty plea.

      Anthony and I grew up together in Genesee County, New York as part of a large extended Italian family. We were very close as children and continue to keep in contact as adults, providing support for each other as parents of young children that are close in age. We spent nearly every Sunday of our childhoods together at our grandparents' house enjoying meals and each other's company. We shared a number of interests and spent countless hours playing together, along with our other cousins, aunts, uncles and grandparents. We were on the same soccer teams as children, participated in dance together when we got older and even studied for the New York State Regents Exams together during high school. If I ever needed a friend to attend a dance or social outing, I knew I could count on Anthony to be there for me. He is a supportive cousin and good friend.

      His empathy and generosity were felt by our family and many friends in both high school and college. This generosity of spirit and support extends to his colleagues, neighbors, and friends in his adulthood. He was and is a strong participant in any activity he chooses to do or any group he elects to join, and always puts forth his best effort both academically and socially. Anthony is stubborn as a mule and will tirelessly work to accomplish goals that are set. Because of this trait, I know that he will do everything in his power to continue to repent for his crimes and seek

professional help to address the illness and/or addiction that resulted in the crime for which he has plead.

When his mother was diagnosed with cancer in the 2000's, he spent hours by her side, cooking meals for her, fixing special treats during chemo, and providing emotional support and encouragement to her, his father and his siblings. He traveled back and forth from his job, friends and home in Buffalo several times a week to make sure that his mother had everything she needed to courageously fight the cancer that ultimately took her life in 2009. I still remember walking into my aunt's hospital room during the last week of her life and watching Anthony massage his mother's feet to provide some relief from the discomfort she was facing. He stood by his father's side and supported his siblings during a horrible time after his mother's passing and did so with both resiliency and compassion. Until his current detention, he regularly visited his mother's grave and brought flowers and trinkets he knew she would enjoy. Anthony does not shy away from difficult situations and confronts adversity with strength and humility.

Anthony is a strong, generous, caring and supportive father. Fatherhood is truly the role he has been born to carry. His mother and father set a wonderful example of parenthood for him that he has carried through in caring for his daughter, He adores spending time with his daughter; teaching her to cook, inspiring her creativity, feeding her imagination and partaking in the silliness and laughter that should be part of childhood. When we talk, his joy is expressed through his daughter's accomplishments, the funny things she says and her ever-changing sense of style. Video chats with Anthony and his daughter have brought a smile to my face and my son's face many times. Please do not punish his daughter with the sins of her father by further separating these people that are meant to be in each other's lives.

The nature of the crime to which he has plead guilty has and will continue to subject him to societal punishment for the remainder of his life. It has been and will continue to be a humbling experience, to say the least. Both he and our family will be plagued by the embarrassment and ostracization resulting from his poor choices and guilty plea. Anthony, his husband, and daughter will most acutely feel the sting of humiliation that inevitably attaches to this morally perverse crime. I ask that you extend mercy in sentencing and refrain from subjecting Anthony to further detention away from the daughter that he loves even more than himself. He has a strong support group in his family, as well as a husband that has stuck by his side through this entire ordeal. We will continue to be there for him on his road to rehabilitation.

Despite his criminal conduct that has resulted in his current situation, Anthony is truly a kind, generous and gentle man that cherishes the family with which he has been blessed. I believe he is remorseful for the actions and decisions that led to the criminal charges and ultimate guilty plea for which you have been asked to provide a sentence.


Respectfully yours,


Gina M. Gerber

# EXHIBIT K

Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re: U.S. v. Anthony V. Giambrone, 23-CR-78-RJA

Dear Judge Arcara

My name is Valerie Schultz and I am writing this letter on behalf of Anthony Giambrone, my nephew.

Anthony was raised in a traditional Italian American family. Sunday dinners at Papa and Nana's house with his parents, siblings, aunts, uncles and cousins. His faith, love of God, country and family were embedded in his character at a very early age. He was an alter boy well into his teens.

Being the eldest of the three siblings, he takes his responsibilities very seriously. Protecting his sister who was born with a cleft palate from being bullied at school and loving and supporting her through the rough times. Encouraging his younger brother to stay away from the "wrong crowd" at school. His steadfast personality really came through when he supported his mother through several years of fighting cancer, helping his family by cooking meals, doing laundry and cleaning whenever he could even though he was in college. He was dependable, kind and attentive until her death.

Anthony gives of his time and talents freely. His love and dedication to family endured as his grandparents aged. He called them weekly, visiting when possible and bringing meals allowing them to share in their great granddaughter's life. What seems like a small act of kindness brought such love and contentment to them.

Anthony brought this same dedication to his work as a teacher. He would go beyond the standard curriculum to find different way to approach a concept a student could not grasp. He was so proud when several of his students passed a state exam when all others thought they were destined to fail. The school extended accolades for his success.

I have spoken to Anthony and he expressed remorse for his actions and its affect on the family. He understands that he cannot change the past but he has the persistence and determination to heal and make a better future for himself and especially his daughter who he adores. He is using this time to find a path to pursue.

I feel that with intense rehabilitation and counseling that Anthony will have the tools he needs to heal his life and that he is not beyond redemption. He is committed to making a better future for himself and his family.

Respectfully Yours,

# EXHIBIT L

July 27, 2024

**Honorable Richard J. Arcara**

**United States District Judge**

**2 Niagara Square**

**Buffalo, New York 14202**

Dear Judge Arcara:

I am submitting this letter on behalf of Anthony V. Giambrone regarding case 23-CR-78-RJA.

Anthony V. Giambrone is a second cousin of mine who I have known since birth. Anthony has grown up in our tight Italian American family and has been a part of all our holiday celebrations and family get togethers his whole life. During that time, he has always been involved with helping with the cooking, set up and any hard work that is needed in a large family. One particular trait that stands out to me is, I can always count on Anthony to do whatever is needed and he does it with kindness and generosity. For example, Anthony will bring special dishes to pass, and arrive early to help with any heavy lifting or last-minute details that need to be completed. If there is a problem, he is on it. Anthony is a dependable and reliable individual.

That brings me to my mother, his great aunt. Anthony has gone beyond treating my mom with respect and helping me with my elderly mother. He often calls and visits her. He is a caring person with a good sense of understanding for elderly people. Spending time with my mom and bringing her snacks, desserts and even meals demonstrate his level of care. On holidays, he is ready at the car door waiting to walk her in and get her seated. This is comforting to my mom.

I hope you find this letter insightful and have a better understanding of Anthony V. Giambrone.

Respectfully yours,

Laura Strollo

# EXHIBIT M

15 August 2024

Honorable Richard J. Arcara
United States District Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

re: U.S. v. Anthony V. Giambrone, 23-CR-78-RJA

Dear Judge Arcara:

I am the Chaplain at the Cattaraugus County Jail. I met Anthony Giambrone in October of 2023 when he was incarcerated there. Since that time I have had opportunity for several private discussions with him. In addition to that, Anthony regularly attends the weekly service I host.

I find him to be a sincere person who recognizes his offenses and seeks to better himself. He is both self- aware and eager to move forward in constructive ways.

Anthony applies himself with unusual consistency and sincerity to change in both spiritual  and practical matters.


Sincerely,

William Lowry, Chaplain

Cattaraugus County Jail
301 Court St.
Little Valley, NY 14755

# EXHIBIT N



# Cattaraugus County Sheriff's Office
**301 Court Street, Little Valley, New York 14755-1090**
**(716) 938-9191**
*www.sheriff.cattco.org*

**Timothy S. Whitcomb**
*Sheriff*
*tswhitcomb@cattco.org*

**Eric A. Butler**
*Undersheriff*
*eabutler@cattco.org*

**Division Commanders:**

**Capt. Ronald Lott**
*Patrol Division*
*rglott@cattco.org*

**Capt. Amy George**
*Jail Division*
*aegeorge@cattco.org*

**Capt. Brandon Walters**
*Communications Division*
*bmwalters@cattco.org*

**Capt. Jordan Haines**
*Detective Division*
*jrhaines@cattco.org*

7/8/2024

**RE: Anthony Giambrone    DOB: 6/12/1983**

To whom it may concern,

Anthony has been an active participant in mental health treatment during his incarceration.  His first encounter was on 11/1/23 and he is seen consistently on a weekly basis to address mental health concerns. He is an active and engaged participant working diligently on his issues to improve coping and management strategies.  Anthony has engaged in group opportunities as they are available within the facility.

Tracie McClelland LMHC
Cattaraugus County Jail

**Administration Fax**
(716) 938-6552
(Business Hours Only)

**Communications Fax**
(716) 938-6420
(24 Hours)

**Corrections Fax**
(716) 938-6235
(24 Hours)

*"Professional, Responsive, Progressive Policing for Our Rural Communities"*






# Reentry Lifeskills

Certifies that

## ANTHONY GIAMBRONE

has successfully completed the

## PORNOGRAPHY ADDICTION COURSE



lifeskills link™

Agency: Cattaraugus County Jail
Completion Date: May 29, 2024
Case Number: 65441

_____
Authorized Signature

Certificate Key: eb9feaf0-b589-11ee-9125-779554395 9ef



# CERTIFICATE of GRADUATION

### Presented to

## Anthony Giambrone

UPON THE SUCCESSFUL COMPLETION OF THE

**CATTARAUGUS COMMUNITY ACTION INSIDE/OUT DADS (24 HOURS) & MONEY SMARTS (6 HOURS) PROGRAMS. THANKS FOR BEING A GREAT DAD!**

DADS
ALWAYS
DETERMINED
TO
SUCCEED

*Signed:*
**Jodie Olson, Fatherhood Facilitator**

*Signed:*
**Shane Bowser, Fatherhood Facilitator**

NATIONAL FATHERHOOD INITIATIVE

**CCA**
Building Resilient
Communities

APRIL 2ND
**2024**

# Reentry Lifeskills

Certifies that

## ANTHONY GIAMBRONE

has successfully completed the

## SEX OFFENDER COURSE

Agency: Cattaraugus County Jail
Completion Date: Mar 20, 2024

Authorized Signature



reentry
lifeskills™

lifeskillslink™

Certificate Key: 47880c90-c20f-11ee-a2dc-dd4e1658b34e

# CATHOLIC SERVICE ATTENDANCE

## CATTARAUGUS COUNTY JAIL

- ❖ 11/15/23
- ❖ 11/27/23
- ❖ 1/8/24
- ❖ 1/22/24
- ❖ 1/29/24
- ❖ 2/5/24
- ❖ 2/12/24
- ❖ 2/19/24
- ❖ 2/26/24
- ❖ 3/11/24
- ❖ 4/15/24
- ❖ 4/22/24
- ❖ 5/6/24
- ❖ 5/13/24
- ❖ 5/20/24
- ❖ 6/3/24
- ❖ 7/15/24
- ❖ 7/29/24

EXHIBIT O





